No. 3544.—Cabanilla, aplte., *v.* Cabanilla et al., apdos. —C. D. Mayagüez. Abril 1, 1925. Atendidas las circunstancias que concurren, se eliminan las dos partidas de $1 cada una por notificaciones de la excepción previa y del memorándum que fueron impugnadas y no probadas y se reduce la partida de honorarios de abogado a trescientos dol-

lars ($300) por estimar excesiva la de $500 concedida y así modificada *se confirma* la resolución apelada.